the judgment is modified accordingly and, as so modified, is affirmed, without costs of this appeal to any party, on the ground that the verdict of the jury is excessive. All concur. (Appeal from judgment of Onondaga Trial Term for plaintiff and against Aubrey and Syracuse Transit Corporation in a bus line negligence action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

JOSEPH VRABEL, Father and Natural Guardian of GARY VRABEL, an Infant, Appellant, v. HERTZ RENTAL, Respondent, et al., Defendants.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Onondaga Trial Term dismissing plaintiff's complaint on the merits as to defendant Hertz, on motion made at the close of plaintiff's case and renewed at the end of the case.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

JOSEPH VRABEL, Father and Natural Guardian of GARY VRABEL, an Infant, Plaintiff, v. HERTZ RENTAL, Defendant, JOHN SCHROEDER, Respondent, and SYRACUSE TRANSIT CORPORATION, Appellant, et al., Defendant.— Appeal withdrawn upon oral argument. (Appeal by defendant Syracuse Transit Corp. from a judgment of Onondaga Trial Term for defendant Schroeder and against plaintiff for no cause of action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

JOSEPH VRABEL, as Guardian ad Litem of GARY VRABEL, an Infant, Respondent, v. HERTZ RENTAL et al., Defendants, and SYRACUSE TRANSIT CORPORATION et al., Appellants.— Judgment reversed on the facts and a new trial granted, unless the plaintiff shall, within 10 days, stipulate to reduce the verdict to the sum of $3,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, affirmed, without costs of this appeal to any party, on the ground that the verdict of the jury is excessive. All concur. (Appeal from a judgment of Onondaga Trial Term for plaintiff and against defendants Aubrey and Syracuse Transit Corporation.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

JOSEPH VRABEL, as Guardian ad Litem of GARY VRABEL, an Infant, Appellant, v. HERTZ RENTAL, Respondent, et al., Defendants.— Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from judgment of Onondaga Trial Term dismissing plaintiff's complaint on the merits as to defendant Hertz, on motion made at the close of plaintiff's case and renewed at the end of the case.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

JOSEPH VRABEL, as Guardian ad Litem of GARY VRABEL, an Infant, Plaintiff, v. HERTZ RENTAL, Defendant, JOHN SCHROEDER, Respondent, and SYRACUSE TRANSIT CORPORATION, Appellant, et al., Defendant.— Appeal withdrawn upon oral argument. (Appeal by defendant Syracuse Transit Corp. from a judgment of Onondaga Trial Term for defendant Schroeder and against plaintiff for no cause of action.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

JOHN R. SCHROEDER, Respondent, v. SYRACUSE TRANSIT CORPORATION, Appellant.— Order modified on the law and facts so as to direct a new trial of all issues and as so modified, affirmed, without costs of this appeal to either party. Memorandum: We regard the motion made by the plaintiff's counsel, upon the coming in of the verdict, as a motion to set aside the verdict upon the ground of inadequacy, with an abortive effort upon the part of plaintiff's counsel to limit the effect of the setting aside of the verdict to the issue of damages so that the verdict would continue to stand as an adjudication of the defendant's liability. The court ordered a new trial with a similar purported limitation. Under the authorities cited in the dissenting memorandum, we agree that the